**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2173**

———————

CLARENCE D. JOHNSON,

    Plaintiff - Appellant,

  v.

EBENEZER BAPTIST CHURCH; TRIANGE TRANSIT AUTHORITY, (TTA)
Authority Bus System; BERNADETTE EVANS, Bus Supervisor,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony J.  Trenga,
District Judge. (1:13-cv-00430-AJT-IDD)

———————

Submitted: February 28, 2014   Decided: March 10, 2014

———————

Before NIEMEYER and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence D. Johnson, Appellant Pro Se.  John Elphinstone
McIntosh, Jr., Amanda Murray Schwartz, HUDGINS LAW FIRM,
Alexandria, Virginia; Michael Earl Barnsback, LECLAIR RYAN, PC,
Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence D. Johnson appeals the district court's order dismissing his civil complaint. We have reviewed the record and Johnson's informal brief on appeal, and we conclude that this appeal is frivolous. See Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989); Johnson v. Ebenezer Baptist Church, No. 1:13-cv-00430-AJT-IDD (E.D. Va. Aug. 15, 2013). Accordingly, we dismiss the appeal. See 28 U.S.C. § 1915(e)(2)(B) (2012). We deny Johnson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED